**IT IS SO ORDERED.**


**Dated: 11:06 AM April 19 2010**

MARILYN SHEA-STONUM **DVM**
U.S. Bankruptcy Judge

BK0906090
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 09-54658 |
| Beverly D. Eppinger | Chapter 7 |
| Debtor | Judge Shea-Stonum |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (498 OAK STREET, WADSWORTH, OH 44281)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to          grant the relief requested with respect to the

1

property located at 498 Oak Street, Wadsworth, OH 44281.

**IT IS THEREFORE ORDERED:**

1.	The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is

terminated with respect to Movant, its successors, and assigns.

2.	The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Ronald C Taylor, Case Attorney
Ohio Supreme Court #0083298
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Scott E Brewer, Esq.  - Attorney for Debtors
114 Main Street
Wadsworth, OH 44281
scott@scottbrewerlegal.com
VIA ELECTRONIC SERVICE

Harold A. Corzin - Trustee
304 North Cleveland Massillon Road
Common Wealth Square
Akron, OH 44333
hcorzin@csu-law.com
VIA ELECTRONIC SERVICE

2

Beverly D. Eppinger - Debtor
498 Oak Street
Wadsworth, OH 44281
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Medina County Treasurer- Creditor
Assistant Prosecuting Attorney 72
Public Square
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq.
Ohio Supreme Court #0083298
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE